UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                       Civil Action
                                                                                       No: 04-11733-PBS

Lynda Gauthier
Plaintiff

v.

Ann M. Veneman.
Defendant

### ORDER OF DISMISSAL

SARIS, D.J.

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(B).

                                                                                     By the Court,

                                                                                     /s/ Robert C. Alba
                                                                                     Deputy Clerk

June 10, 2005

To: All Counsel